## MATTER OF SHAPER.

*Lunatic — when contract for necessaries binds estate.*

Where, after a committee of a lunatic had been appointed, the lunatic continued to live in his own house with his family as usual, and a grocer who did not know of the appointment of the committee, sold the lunatic groceries for his family to the amount of $258.67, and it was shown that the groceries were necessary for the lunatic, and were used in his family ; *held*, that the grocer should be paid therefor out of the lunatic's estate.

APPEAL by petitioners from an order at special term, denying motion to confirm the report of a referee.

The petition was made by Charles Shaper and another, to have paid out of the estate of George F. Wing, a lunatic, a claim for groceries furnished to said lunatic after a committee of his estate had been appointed.

*F. P. Bellamy*, for appellant.

*Abel Crook*, for respondent.

BARNARD, P. J.

The only point passed upon in the opinion is fully set forth in the head-note.

*Order reversed.*